In The
 Court of Appeals
 Sixth Appellate District of Texas at Texarkana
 
 
--------------------------------------------------------------------------------
No. 06-12-00044-CR
 
 
 BRANDON QUADNELL HORNE, Appellant
 
 V.
 
 THE STATE OF TEXAS, Appellee
 
 
--------------------------------------------------------------------------------
On Appeal from the 124th District Court
--------------------------------------------------------------------------------
Gregg County, Texas
--------------------------------------------------------------------------------
Trial Court No. 38673-B
 
 
 
 Before Morriss, C.J., Carter and Moseley, JJ.
 Memorandum Opinion by Justice Moseley
 
 
 
 MEMORANDUM OPINION
 
 Following a trial to the bench, Brandon Quadnell Horne was convicted of murder as a party to the offense and was sentenced to forty-five years' imprisonment. Horne's attorney on appeal has filed a brief which states that he has reviewed the record and has found no issues that could be raised. The brief sets out the procedural history and summarizes the evidence elicited during the course of the proceeding. Meeting the requirements of Anders v. California, counsel has provided a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. Anders v. California, 386 U.S. 738 (1967); In re Schulman, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008); Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1981); High v. State, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). 
 Counsel mailed a copy of the brief to Horne on January 18, 2013, along with a copy of his motion to withdraw in this case and a letter informing Horne of his right to file a pro se response. No response has been filed. 
 We have determined that this appeal is wholly frivolous. We have independently reviewed the entire record and find no genuinely arguable issue. See Halbert v. Michigan, 545 U.S. 605, 623 (2005). Therefore, we agree with counsel's assessment that no arguable issues support an appeal. See Bledsoe v. State, 178 S.W.3d 824, 826 - 27 (Tex. Crim. App. 2005). 
 We affirm the trial court's judgment. 

 Bailey C. Moseley
 Justice

Date Submitted: June 26, 2013
Date Decided: June 27, 2013

Do Not Publish